**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In Re: | Bankruptcy Case No. 13-22551-JAD |
|---|---|
| **Jeffrey Osheka** | **Chapter 13** |
|     **Debtor** | Doc. No. |
| **Jeffrey Osheka** | |
|     **Movant** | |
| vs | |
| **Karen Osheka,** | **Response Due: 10/5/2017** |
| Duquesne Light Company, Equitable Gas  Bankruptcy | **at 12:00 p.m.** |
| Dept., **Jefferson Capital Systems LLC,** | |
| **PRA Receivables Management LLC,** | **Hearing Date: 10/6/2017** |
| **PA Department of Revenue,** | **at 10:00 a.m.** |
| **Brighton Radiology Assoc., Capital One Bank** | |
| **Chase, Clearview Federal Credit Union,** | |
| **Crossroads Counseling, First National Bank of** | |
| **PA, Greentree Servicing LLC dba Ditech** | |
| **Gecrb/Lowes, June V Isaly and Associates,** | |
| **Montour School District,** | |
| **NCO Financial Systems, Nordstrom FSB** | |
| **Oak Harbor Capital VII, LLC, Sterling** | |
| **Jewelers Inc., TD Bank USA, N.A.** | |
| **Target Credit Card, Township of Kennedy** | |
| **Internal Revenue Service, PA Department of** | |
| **Revenue, UPMC Western** | |
| **Portfolio Recovery Associates** | |
| **Ronda Winnecour, Chapter 13 Trustee** | |
|     **Respondents** | |

**CERTIFICATION OF NO OBJECTION REGARDING
RE DEBTORS' EXPEDITED MOTION TO
SELL REAL ESTATE FREE AND DIVESTED OF LIENS**

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Motion filed on **September 19, 2017**, has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a motion or answer to the Application were to be filed and served no later than **October 5, 2017 at 12:00 p.m.**

It is hereby respectfully requested that the Order to the Application be entered by the court.

| | |
|---|---|
| **Executed on: 10/5/2017** | **/s/Bryan P. Keenan** |
| | Bryan P. Keenan, PA ID No. 89053 |
| | Bryan P. Keenan & Associates P.C. |
| | Attorney for Debtor |
| | 993 Greentree Road, Suite 101 |
| | Pittsburgh, PA 15220 |
| | (412) 922-5116 |
| | keenan662@gmail.com |