# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** JEFFREY OSHEKA
**Case Number:** 13-22551-JAD    **Chapter:** 13
**Date / Time / Room:** FRIDAY, OCTOBER 06, 2017 10:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

### Matter:

Debtor's Expedited Motion To Sell Real Estate Free and Divested of Liens
- No Response Filed [Due 10/5/2017 by 12:00 Noon]
- Proof of Publication of Notice In Pittsburgh Legal Journal filed 9/29/2017 at Doc. #122
R / M #:  117 / 0

*CNO filed 10-5-2017 @ Doc. #126*

### Appearances:

TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Bryan P. Keenan, Esq.
CREDITOR:

### Proceedings:

☑ Motion is **GRANTED** / DENIED
___ Special Type Of Order: _____
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
10/6/17 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge