# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy Case No. 13-22551-JAD |
|---|---|
| **Jeffrey Osheka** | Chapter 13 |
| Debtor | Doc. No. |
| **Jeffrey Osheka** | |
| Movant | |
| vs | |
| **Karen Osheka,** | |
| Duquesne Light Company, Equitable Gas  Bankruptcy | |
| Dept., **Jefferson Capital Systems LLC,** | |
| **PRA Receivables Management LLC,** | |
| **PA Department of Revenue,** | |
| **Brighton Radiology Assoc., Capital One Bank** | |
| **Chase, Clearview Federal Credit Union,** | |
| **Crossroads Counseling, First National Bank of** | |
| **PA, Greentree Servicing LLC dba Ditech** | |
| **Gecrb/Lowes, June V Isaly and Associates,** | |
| **Montour School District,** | |
| **NCO Financial Systems, Nordstrom FSB** | |
| **Oak Harbor Capital VII, LLC, Sterling** | |
| **Jewelers Inc., TD Bank USA, N.A.** | |
| **Target Credit Card, Township of Kennedy** | |
| **Internal Revenue Service, PA Department of** | |
| **Revenue, UPMC Western** | |
| **Ronda Winnecour, Chapter 13 Trustee** | |
| Respondents | |

## **REPORT OF SALE**

### **Summary of Transaction**

|  | **Debit** | **Credit** |
|---|---|---|
| **Sale Price of Property:** | | $290,000.00 |
| **Seller Assist Credit** | $12,600.00 | |

**Title Chages & Escrows**

| | |
|---|---|
| **Deed Preperation** | **$150.00** |
| **Tax Certifaite:** | **$65.00** |
| **Courier/Overnight Fee** | **$30.00** |
| **Lien Letters** | **$125.00** |
| **Notary Fee** | **$26.00** |
| **Lien Releasing Tracking** | **$70.00** |
| **Commission to Howard Hannat** | **$8,700.00** |
| **Commission to Coldwell Banker** | **$8,700.00** |

**Government Recordding and Transfer Charges:**

| | |
|---|---|
| **City/County/Transfer Stamps** | **$1,450.00** |
| **State Transfer Stamps** | **$1,450.00** |

**Payoffs:**

| | |
|---|---|
| **Payoff of 1st Mortgage to Ditech** | **$76,685.20** |
| **Payoff of 2nd Mortgage to First Natinal** | **$62,906.80** |

**Miscelanous:**

| | |
|---|---|
| **Sewage to Township of Kennedy** | **$250.00** |
| **Water to West View Water** | **$150.00** |
| **Garage Repair to Chamberlin Services** | **$90.52** |
| **HVAC Repair to Michael Vrcek** | **$240.00** |
| **Home Warranty to HSA** | **$478.08** |
| **Electrical Repair to Jayson Velemirovich** | **$300.00** |
| **Dye Test William P. Rusnak** | **$250.00** |
| **Admin fee to Howard Hanna** | **$325.00** |
| **Roof Repair to Jim Deller** | **$160.00** |

**Real Estate Taxes:**

| | |
|---|---|
| **2016 Local Taxes to Township of Kennedy** | **$612.35** |
| **2013 & 2016 School Taxes to Montour** | **$6,382.08** |
| **2017 County taxes to John Weinstein  q** | **$1,051.64** |
| **2017 Local Taxes to Jordan Tas Service** | **$480.26** |
| **2017/2018 School Taxes to Jordan Tax Service** | **$3,804.66** |

**Attorney Fees, Trustee Fees and Costs:**

| | |
|---|---|
| **Attorney Fees to Bryan P. Keenan & Assoc.** | **$3,683.60** |
| **Reimbursement of Costs to BPK & Assoc.** | **$1,386.55** |
|     **a. Ct filing fee $181.00** | |
|     **b. Advertising Fee $750.30,** | **$455.25** |
| **Trustee Fees to Ronda J. Winnecour** | **$829.30** |

_____

**Subtotals:**                                                        **$193,432.04**         **$292,768.50**

**Balance of $99,336.46 payable to:**

| | |
|---|---|
| **50% of the Net Proceeds paid to Karen Osheka** | **$49,668.23** |
| **50% of Net Proceeds from Sale paid to Jeffery Osheka , c/o Ronda Winnecour, Trustee** | **$49,668.23** |

                                  **Respectfully submitted**

Date**:  10/30/2017**                        **/s/ Bryan P. Keenan**
                                              **Bryan  P. Keenan, PA ID No. 89053**
                                              **Bryan  P. Keenan  & Associates P.C.**
                                              **Attorney for Debtor**
                                              **993 Greentree Road, Suite 101**
                                              **Pittsburgh, PA 15220**
                                              **(412) 922-5116**
                                              **keenan662@gmail.com**