## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | **Bankruptcy Case No. 13-22551-JAD** |
| **Jeffrey Osheka** | **Chapter 13** |
| **Debtor** | **Doc. No.** |
| **Jeffrey Osheka** | |
| **Movant** | |
| vs | |
| **Karen Osheka,** | |
| **Duquesne Light Company, Equitable Gas  Bankruptcy** | |
| **Dept., Jefferson Capital Systems LLC,** | |
| **PRA Receivables Management LLC,** | |
| **PA Department of Revenue,** | |
| **Brighton Radiology Assoc., Capital One Bank** | |
| **Chase, Clearview Federal Credit Union,** | |
| **Crossroads Counseling, First National Bank of** | |
| **PA, Greentree Servicing LLC dba Ditech** | |
| **Gecrb/Lowes, June V Isaly and Associates,** | |
| **Montour School District,** | |
| **NCO Financial Systems, Nordstrom FSB** | |
| **Oak Harbor Capital VII, LLC, Sterling** | |
| **Jewelers Inc., TD Bank USA, N.A.** | |
| **Target Credit Card, Township of Kennedy** | |
| **Internal Revenue Service, PA Department of** | |
| **Revenue, UPMC Western** | |
| **Ronda Winnecour, Chapter 13 Trustee** | |
| **Respondents** | |

---

### CERTIFICATE OF SERVICE FOR DEBTOR'S
### REPORT OF SALE

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **October 30, 2017.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification**
 a. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour cmecf@chapter13trusteewdpa.com.
 b. **Office of the United States Trustee** ustpregion03.pi.ecf@usdoj.gov
 c. Peter J. Ashcroft on behalf of Creditor **Duquesne Light Company**
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

d. Peter J. Ashcroft on behalf of Creditor **GREEN TREE SERVICING LLC**, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA`S WHOLESALE LENDER pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

e. Francis E. Corbett on behalf of Creditor **Karen A. Osheka** fcorbett@fcorbettlaw.com, fcorbett7@gmail.com

f. Keri P. Ebeck on behalf of Creditor **Sterling Jewelers Inc**. dba Jared Galleria of Jewelry kebeck@weltman.com, jbluemle@weltman.com

g. Jeffrey R. Hunt on behalf of Creditor Montour School District jhunt@grblaw.com, cnoroski@grblaw.com

f. Jeffrey R. Hunt on behalf of Creditor Township of Kennedy jhunt@grblaw.com, cnoroski@grblaw.com

g. James A. Prostko on behalf of Creditor **GREEN TREE SERVICING LLC**, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA`S WHOLESALE LENDER pawb@fedphe.com, james.prostko@phelanhallinan.com

h. Joseph P. Schalk on behalf of Creditor **GREEN TREE SERVICING LLC**, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA`S WHOLESALE LENDER jschalk@barley.com, sromig@barley.com

i. S. James Wallace on behalf of Creditor **Equitable Gas Bankruptcy Department** sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

j. James Warmbrodt on behalf of Creditor **Ditech Financial LLC** bkgroup@kmllawgroup.com

k. Robert P. Wendt on behalf of Creditor **Green Tree Servicing, LLC** pawb@fedphe.com

**2.) Service by First Class Mail--**
a. **Karen Osheaka** c/o BURKE LAW, LLC c/o Deirdre Burke, Esquire  1010 Western    Avenue, Suite     450 Pittsburgh, PA  15233
b. **PA Department of Revenue Office of Chief Counsel**  c/o Joseph J. Swartz, Esquire Strawberry Square  Room 1032 Harrisburg, PA 17128
c. **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346
d. **Pennsylvania Department of Revenue** Department 280946 Harrisburg, PA   17128-0946
e. **Internal Revenue Service** c/o Paul E. Skirtich, Esquire, Assistance US Attorney, US   Post Office and    Courthouse 700 Grant Street, Suite 4000 Pittsburgh, PA 15219
f. Patrick and Monica Graham 22223 Jane Street, 1st Floor, Pittsburgh, PA 15203
g. **Green Tree Servicing, LLC., dba Ditech** c/o Keith Anderson, President 1100 Virginia Drive, Suite 100A, Fort Washington, PA 19034
h. **Montour School District and Township of Kennedy** c/o Jordan Tax Service Inc. Attn: Legal Department, 102 Rahway Rd, McMurray, PA 15317
 i. **West View Water Authority** c/o Dennis Watson, Chairman, 210 Perry Hwy Pittsburgh, PA 15229
 j. F.**A.C.S. Alta Universal ID**, c./o Jen Reis, 1301 Grandview Avenue, Suite 110, Pittsburgh, PA 15211

| | |
|---|---|
| Executed on: **October 30, 2017** | **/s/ Bryan P. Keenan** <br> Bryan P. Keenan, PA ID No. 89053 <br> Bryan P. Keenan & Associates P.C. <br> Attorney for Debtor <br> 993 Greentree Road, Suite 101 <br> Pittsburgh, PA 15220 <br> (412) 922-5116 <br> keenan662@gmail.com |

Kerry P. Coon
155 Greinbrier Drive
Carnegie PA 15106

Pennsylvania Dept. of Revenue Department of Revenue
c/o Vincent Pease, Chief
Attn: Bankruptcy Department
PO Box 280946
Attn: Bankruptcy Department
Harrisburg, PA 17128-0946

Internal Revenue Service Centralized Insolvency Operations
c/o Jessica Melodia
PO box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service Centralized Insolvency Operations
PO box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o Paul E. Skirtich, Esquire
Assistance US Attorney
US Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

PA Department of Revenue
Kenneth Henderson
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
Dept. 281061
Harrisburg, PA 17128-1061

Citizens Bank
c/o **Bruce W**. **Van Saun, CEO**
443 Jefferson Boulevard RJW-135
Warwick, RI 02886

PNC BANK, N/A
c/o William S. Demchak
P O BOX 94982
CLEVELAND OHIO 44101

Internal Revenue Service
c/o Jessica Melodia
1000 Liberty Avenue - Room 705
PITTSBURGH, PA 15222-3714

PNC Bank, N/A
c/o William S. Demchak
249 Fifth Avenue, One PNC Plaza,
Pittsburgh, PA 15222

American InfoSource LP as agent for Verizon
c/o Blake Hogan, President
PO Box 248838
Oklahoma City, OK 73124-8838

American InfoSource LP as agent for Verizon
c/o Blake Hogan, President
San Felipe Plaza, 5847 San Felipe
St # 1200,
Houston, TX 77057

Wilmington Savings Fund Society, FSB dba
Christiana Trust as trustee/BCAT2014-4TT
c/o Rushmore Loan Mgmt Services, LLC
15480 Laguna Canyon Road, Ste 100
Irvine, CA 92618

Bank Of America, N.A.
Brian T. Moynihan, CEO
400 Countrywide Way
Simi Valley, CA 93065

Chase
James Dimon, CEO
Po Box 15298
Wilmington, DE 19850

Chase
James Dimon, CEO
270 Park Avenue
New York, New York 10017

GECRB/JC Penny
c/o Synchrony Bank
Attention: c/o Margaret Keane, ceo
Po Box 103104
Roswell, GA 30076

GECRB/JC Penny
c/o Synchrony Bank
Attention: c/o Margaret Keane, ceo
170 West Election Road
Suite 125
Draper, UT 84020

Law Offices of Gregory Javardian
c/o Gregory Javardian, Esquire
1310 Industrial Boulevard
1st Floor Suite 101
Southampton, PA 18966

MRS
Re: Chase Bank USA N.A.
Attn: Saul Freedman, CEO
1930 Olney Avenue
Cherry Hill, NJ 08003

Online Collections
Re: Columbia Gas Of Pennsylvania
c/o JW Blair, President
Po Box 1489
Winterville, NC 28590

Online Collections
Re: Columbia Gas Of Pennsylvania
c/o JW Blair, President
685 W. Firetower Rd
Winterville, NC 28590

Columbia Gas Of Pennsylvania
c/o Mark R. Kempic, President
300 International Dr.
Williamsville, New York 14221

Pennsylvania American Water
c/o Susan N. Story, CEO
800 W Hersheypark Drive
Marysville, PA 17053

Citibank
c/o Pramit Jhaveri, CEO
399 Park Avenue
New York, NY 10043

ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CITIBANK, N.A
c/o Timothy Stapleford, CEO
383 Madison Ave
New York, NY 10179

ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CITIBANK, N.A.
c/o Timothy Stapleford, CEO
POB 29262
NEW YORK, NY 10087-9262