# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 13-22551-JAD** |
| **Jeffrey Osheka** | ) | **Chapter  13** |
| **Debtor** | ) | **Doc. No.** |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the U.S. Bankruptcy Court:

   1. Please be advised that the debtor, **Jeffrey Osheka**, are no longer receiving mail at the following address: .

>    **Jeffrey Osheka**
>    24 Scenic Drive
>    Coraopolis, PA 15108

   2. The new mailing address, for Debtor, **Jeffrey Osheka**, is as follows:

>    **Jeffrey Osheka**
>    1855 Montour Street
>    Apartment 7
>    Coraopolis, PA 15108

   **WHEREFORE**, the Debtor requests that the Clerk update the Debtor's address.

>    Respectfully submitted,

**Date:  December 8, 2017**      **/s/ Bryan P. Keenan            .**
**Bryan P. Keenan, Esquire, PA I.D. No. 89053**
**Bryan P. Keenan & Associates, P.C.**
**Attorneys for the Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**