**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/13/2017

IN RE:

| | |
|---|---|
| JEFFREY OSHEKA<br>1855 MOUNTOUR STREET<br>APARTMENT 7<br>CORAOPOLIS,  PA  15108<br>XXX-XX-6838          Debtor(s) | Case No.13-22551 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/13/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:9 | ACCOUNT NO.: 7001 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  273.09 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |
| | | |
| **CLEARVIEW FCU**** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 8805 UNIVERSITY BLVD | Court Claim Number:2 | ACCOUNT NO.: 4061 |
| | CLAIM:  2,914.72 | |
| MOON TWP, PA  15108-4212 | COMMENT:  LOAN 2*SCH@CID 26*NO GEN UNS/SCH*DKT | |
| | | |
| **CLEARVIEW FCU**** | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 8805 UNIVERSITY BLVD | Court Claim Number:1 | ACCOUNT NO.: 4061 |
| | CLAIM:  4,789.85 | |
| MOON TWP, PA  15108-4212 | COMMENT:  SCH@CID 27*NO GEN UNS/SCH*DKT | |
| | | |
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:6 | ACCOUNT NO.: 5170 |
| 4140 E STATE ST | CLAIM:  33,426.64 | |
| HERMITAGE, PA  16148 | COMMENT:  PMT/CL-PL*2ND*CL=$82,172.05 | |
| | | |
| **GREEN TREE SERVICING LLC** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| PO BOX 0049 | Court Claim Number:13 | ACCOUNT NO.: 8622 |
| | CLAIM:  60,268.52 | |
| PALATINE, IL  60055-0049 | COMMENT:  PMT/CL-PL*1ST*CL=$115,151.03 | |
| | | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4-2 | ACCOUNT NO.: 6838 |
| PO BOX 7317 | CLAIM:  29,870.23 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  C4-2 GOVS*28870.23/PL*AMD | |
| | | |
| **BRIGHTON RADIOLOGY ASSOC PC** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O ALLIED ADJUSTERS | Court Claim Number:8 | ACCOUNT NO.: 8152 |
| PO BOX 1006 | CLAIM:  12.60 | |
| ALIQUIPPA, PA  15001 | COMMENT:  278152 | |
| | | |
| **OAK HARBOR CAPITAL VII LLC** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:20 | ACCOUNT NO.: 9196 |
| PO BOX 3978 | CLAIM:  3,550.79 | |
| SEATTLE, WA  98124 | COMMENT:  CAPITAL ONE | |
| | | |
| **OAK HARBOR CAPITAL VII LLC** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:19 | ACCOUNT NO.: 9297 |
| PO BOX 3978 | CLAIM:  1,211.91 | |
| SEATTLE, WA  98124 | COMMENT:  CAPITAL ONE | |
| | | |
| **OAK HARBOR CAPITAL VII LLC** | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:16 | ACCOUNT NO.: 7186 |
| PO BOX 3978 | CLAIM:  993.43 | |
| SEATTLE, WA  98124 | COMMENT:  CAPITAL ONE | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 6,648.29<br>COMMENT: CHASE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3656 |
| **CROSSROADS COUNSELING**<br>615 E MCMURRAY RD<br>CANONSBURG, PA  15317-3497 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2020 |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 486.32<br>COMMENT: 0998/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7455 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 5,132.85<br>COMMENT: GE CAPITAL RTL BANK~LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7511 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 3,640.91<br>COMMENT: GE CAPITAL RTL BANK~LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8861 |
| **JUNE V ISALY ASSOCIATES**<br>4721 MCKNIGHT RD STE 218<br>SOUTH PITTSBURGH<br>PITTSBURGH, PA  15237 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 30 |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA  19044 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~COGNITIVE DYNAMIC THERAPY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6838 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,066.28<br>COMMENT: FR NORDSTROM-DOC 60 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0230 |
| **TNB VISA**<br>POB 9475<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3604 |
| **UPMC**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930\*<br>HALIFAX, PA  17032 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WESTERN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6838 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **STERLING DBA JARED GALLERIA**<br>C/O WELTMAN WEINBERG & REIS<br>POB 93784<br>CLEVELAND, OH  44101-5784 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  CL5: $81.14 W/DRAWN-DOC 25*DK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  7937 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:4-2<br>CLAIM:  356.65<br>COMMENT:  CL4-2 GOV*NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6838 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  KENNEDY TWP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MONTOUR SD/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SURR/PL~CONF* 0002/SCH*DK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4061 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SURR/PL~CONF*3006/SCH*DK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4061 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  782.10<br>COMMENT:  NT/SCH*FR TD BANK-DOC 79 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3604 |
| **KENNEDY TWP -SEWAGE FEES**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:29  INT %:  10.00%<br>Court Claim Number:12<br>CLAIM:  87.50<br>COMMENT:  156A58*$@10%/CL-PL*2013*W/30 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  6A58 |
| **KENNEDY TWP -SEWAGE FEES**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  5.30<br>COMMENT:  156A58*$CL-PL*2013*NON-INT*W/29 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  6A58 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MONTOUR SD & KENNEDY TWP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA  15317-3349 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 4,684.95<br>COMMENT: $CL-PL*2007-11*NT/SCH | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1557 |
| **GREEN TREE SERVICING LLC**<br>PO BOX 0049<br>PALATINE, IL  60055-0049 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 165.17<br>COMMENT: $/OE*1324.18/CL*NT PROV/PL*1ST*CL=$1,324.18 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8622 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 2,147.07<br>COMMENT: NT/SCH*CITIBANK SEARS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0314 |
| **MONTOUR SD (KENNEDY) (RE)**<br>C/O WEISS BURKARDT KRAMER LLC - DLNQ CLI<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA  15219 | Trustee Claim Number:34  INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 3,997.42<br>COMMENT: 156-A-058*5,564@10%/PL~2012-13*PIF/CRED | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 156-A-58 |
| **FRANCIS E CORBETT ESQ**<br>1420 GRANT BUILDING<br>310 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: KAREN OSHEKA/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DITECH FNCL/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **RONDA J WINNECOUR PA ID #30399\*\***<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 829.30<br>COMMENT: SEE NOTES FOR DETAILS | | CRED DESC: FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.: FEES/OE |