# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 13-22551-JAD** |
| **Jeffrey Osheka** | ) | **Chapter 13** |
|     **Debtor** | ) | **Doc No. __** |
| **Jeffrey Osheka** | ) | **Response Due: 12/26/2017** |
|     **Movant** | ) | **Hearing date: 1/10/2018** |
| **vs.** | ) | **at 11:00 a.m.** |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
|     **Respondent** | ) | |

## CERTIFICATION OF NO OBJECTION ON
## DEBTOR'S AMENDED MOTION TO APPROVE MARITAL SETTLEMENT
## AGREEMENT AND PROPOSED DISTRIBUTION OF THE
## FUNDS ON HAND WITH THE CHAPTER 13 TRUSTEE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **December 6, 2017** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **December 26, 2017.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: December 27, 2017**              /s/ **Bryan P. Keenan**
                                          **Bryan P. Keenan, PA ID No. 89053**
                                          **Bryan P. Keenan & Associates P.C.**
                                          **Attorney for Debtor**
                                          **993 Greentree Road, Suite 101**
                                          **Pittsburgh, PA 15220**
                                          **(412) 922-5116**
                                          **keenan662@gmail.com**