IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Jeffrey Osheka, | CASE NO. 13-22551-JAD |
| Debtor. | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | Judge: Jeffrey A. Deller |
| Lois M. Vitti, Esquire | Chapter 13 |
| Applicant, | |
| v. | Response Date: 12/26/2017 |
| | Hearing Date: 1/10/18 @ 11:00 AM |
| No Respondent(s) | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on **December 6, 2017** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **December 26, 2017.**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

    /s/ Lois M. Vitti\_\_\_\_\_
Lois M. Vitti, Esquire PA ID No. 209865
Vitti Law Group, Inc.
Attorney for Movant
333 Allegheny Avenue, Suite 303
Oakmont, PA 15139
412-281-1725
loismvitti@vittilaw.com