**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No.  13-22551-JAD** |
| **Jeffrey Osheka** ) | **Chapter  13** |
| Debtor ) | Doc No.  148 |
| **Jeffrey Osheka** ) | **Response Due: 12/26/2017** |
| Movant ) | **Hearing date: 1/10/2018** |
| vs. ) | **at 11:00 a.m.** |
| **Ronda J. Winnecour, Chapter 13 Trustee** ) | |
| Respondent ) | Related to Doc. #141 |

**ORDER OF COURT ON
DEBTOR'S MOTION TO APPROVE MARITAL SETTLEMENT AGREEMENT
AND PROPOSED DISTRIBUTION OF THE
FUNDS ON HAND WITH THE CHAPTER 13 TRUSTEE**

AND NOW, to-wit, this __3rd__ day of __January__, 20_18_, upon consideration of Debtor's Motion to approve the Marital Settlement Agreement and proposed distribution of the funs on hand with the Chapter 13 Trustee it is hereby

**ORDERED** that the Marital Settlement Agreement is approved.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall make the following disbursements with the funds on hand in the amount of $53,756.51 of which $49,668.23 is from the marital sale proceeds:

1) $15,000.00 shall be paid to Karen Osheka and mailed to her divorce Counsel, Deidre Burke, Esquire at the following address 200 Neville Road Sewickley, PA15143.

2) $22,975.00 shall be paid to Jeff Osheka and mailed to his address at 1855 Montour Street, Apt#7, Coraopolis, PA 15108.

3) $829.30 for Chapter 13 Trustee fees in connection with the Sale payable to Ronda J. Winnecour.

4) $5,177.36 to Debtors Counsel, Bryan P. Keenan, for Professional fees, which is contingent upon the court approving the pending fee application.

5) $9,774.85 to Debtor's Divorce Counsel, Lois Vitti, for Professional fees, which is contingent upon the court approving the pending fee application.

5) The Chapter 13 Trustee shall use the anticipated funds to be paid over the remaining seven months of the plan to pay the following:

    a. Chapter 13 Trustee Fees.
    b. The balance due to Debtor's Counsel for professional fees in the amount of $1,747.01, which is contingent upon the court approving the pending fee application.
    c. The balance due to Debtor's Divorce Counsel for professional fees in the amount of $6,767.91, which is contingent upon the court approving the pending fee application.
    d. The priority claims in the combined amount of $756.35.
    e. Any remainder shall be paid to general unsecured non-priority creditors.

BY THE COURT

_____ sjk
Chief Judge Jeffery A. Deller
UNITED STATES BANKRUPTCY JUDGE

FILED
1/3/18 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey Osheka
      Debtor

Case No. 13-22551-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil                  Page 1 of 1                  Date Rcvd: Jan 03, 2018
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db           +Jeffrey Osheka,   1855 Montour Street,   Apartment 7,   Coraopolis, PA 15108-3063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
      Bryan P. Keenan    on behalf of Debtor Jeffrey   Osheka keenan662@gmail.com, melindap662@gmail.com
      Francis E. Corbett    on behalf of Creditor Karen A. Osheka fcorbett@fcorbettlaw.com,
       fcorbett7@gmail.com
      James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      James A. Prostko     on behalf of Creditor     GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
       FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
       pawb@fedphe.com,  james.prostko@phelanhallinan.com
      Jeffrey R. Hunt     on behalf of Creditor    Montour School District jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt     on behalf of Creditor    Township of Kennedy jhunt@grblaw.com,
       cnoroski@grblaw.com
      Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
       FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
       jschalk@barley.com, sromig@barley.com
      Keri P. Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
       kebeck@weltman.com, jbluemle@weltman.com
      Lois M. Vitti    on behalf of Spec. Counsel Lois M. Vitti nicole@vittilaw.com,
       loismvitti@vittilaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
       FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
       pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Robert P. Wendt    on behalf of Creditor    Green Tree Servicing, LLC pawb@fedphe.com
      Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                      TOTAL: 15