**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 13-22551-JAD |
| Jeffrey Osheka, ) | Chapter 13 |
| Debtor ) | Doc No. 136 |
| Bryan Keenan, Esquire ) | Response Due: 12/26/2017 |
| APPLICANT ) | Hearing date: 1/10/2018 |
| vs. ) | at 11:00 a.m. |
| No Respondent(s) ) | |

## ORDER OF COURT

AND NOW, to-wit, this __3rd__ day of __January__, 2018, upon consideration of the Application of Bryan Keenan, Esquire for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred for the period from June 5, 2013 through December 6, 2017 in the total amount of $14,658.97 which represents $13,937.50 in attorney fees and $721.47 in costs.

Counsel for the debtor has previously received $7,734.60 which represents $7,250.00 for fees and $484.60 for costs.

**IT IS FURTHER ORDERED** that the remaining balance of $6,924.37 which represents $6,678.50 in attorney fees and $236.87 in costs shall be paid by the Chapter 13 Trustee.

BY THE COURT

*[signature]* sjk

Chief Judge Jeffery A. Deller
UNITED STATES BANKRUPTCY JUDGE

FILED
1/3/18 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey Osheka
    Debtor

Case No. 13-22551-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Jan 03, 2018
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
db          +Jeffrey Osheka,   1855 Montour Street,   Apartment 7,   Coraopolis, PA 15108-3063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
      Bryan P. Keenan   on behalf of Debtor Jeffrey  Osheka keenan662@gmail.com, melindap662@gmail.com
      Francis E. Corbett   on behalf of Creditor Karen A. Osheka fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
      James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
      James A. Prostko   on behalf of Creditor   GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER pawb@fedphe.com, james.prostko@phelanhallinan.com
      Jeffrey R. Hunt   on behalf of Creditor   Montour School District jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt   on behalf of Creditor   Township of Kennedy jhunt@grblaw.com, cnoroski@grblaw.com
      Joseph P. Schalk   on behalf of Creditor   GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER jschalk@barley.com, sromig@barley.com
      Keri P. Ebeck   on behalf of Creditor   Sterling Jewelers Inc. dba Jared Galleria of Jewelry kebeck@weltman.com, jbluemle@weltman.com
      Lois M. Vitti   on behalf of Spec. Counsel Lois M. Vitti nicole@vittilaw.com, loismvitti@vittilaw.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft   on behalf of Creditor   GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Robert P. Wendt   on behalf of Creditor   Green Tree Servicing, LLC pawb@fedphe.com
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      TOTAL: 15