**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffrey Osheka**
Debtor(s)

Bankruptcy Case No.: 13−22551−JAD
Doc. #168
Chapter: 13
Docket No.: 169 − 168

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of August, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/22/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/2/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/22/18.**

Jeffery A. Deller<br>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-22551-JAD
Jeffrey Osheka                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz              Page 1 of 2            Date Rcvd: Aug 29, 2018
                              Form ID: 408            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db          +Jeffrey Osheka,   1855 Montour Street,   Apartment 7,   Coraopolis, PA 15108-3063
aty         +vde13,   Office of the Chapter 13 Trustee,   Suite 3250 US Steel Tower,   600 Grant Street,
              Pittsburgh, PA 15219-2719
r           +Deanna Marra,   Howard Hannah Real Estate Service,   100 Highpointe Drive,
              Seven Fields, PA 16046-7918
cr           Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
sp         #+Lois M. Vitti,   Vitti & Vitti Associates,   215 Fourth Avenue,   Pittsburgh, PA 15222-1707
13657585    +Brighton Radiology Assoc., P.C.,   c/o Allied Adjustors Inc.,   Po Box 1006,
              Aliquippa, PA 15001-0806
13657587    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13657590     Crossroads Counseling,   615 E. McMurray Road,   Canonsburg, PA 15317-3497
13657591    +First National Bank of PA,   4140 East State Street,   Hermitage, PA 16148-3401
13657592    +First Natl Bk Of Pa,   3320 East State Street,   Hermitage, PA 16148-3399
13657597    +June V Isaly and Associates,   4721 McKnight Road,   Suite 218 South Pittsburgh,
              Pittsburgh, PA 15237-3415
14293012   #+Karen A. Osheka,   24 Scenic Drive,   Coraopolis, PA 15108-3606
13783473    +Montour School District,   c/o Goehring,Rutter & Boehm,   437 Grant Street,
              Pittsburgh, PA 15219-6002
13783474    +Montour School District,   c/o Jordan Tax Service,   102 Rahway Road,
              Canonsburg, PA 15317-3349
13657600    +Sherrad, German & Kelly, P.C.,   Samuel J. Pasquarelli, Esq.,   28th Floor Two PNC Plaza,
              Plaza 620 Liberty Avenue,   Pittsburgh, PA 15222-2722
13657601    +Target Credit Card (TC),   C/O Financial & Retail Services,   Mailstop BT  P.O. Box 9475,
              Minneapolis, MN 55440-9475
13689742    +Township of Kennedy,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13689741    +Township of Kennedy/Montour SD,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13657602    +UPMC Western,   3811 O'Hara Street,   Pittsburgh, PA 15213-2561

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 02:48:21
              PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
13657586    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 02:49:07     Capital 1 Bank,
              Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
13657588    +E-mail/Text: bankruptcy@clearviewfcu.org Aug 30 2018 02:53:11     Clearview Cu,
              Attn:Bankruptcy,   8805 University Blvd,   Moon Township, PA 15108-4212
13657589    +E-mail/Text: bankruptcy@clearviewfcu.org Aug 30 2018 02:53:11     Clearview Federal Cu,
              Attn:Bankruptcy,   8805 University Blvd,   Moon Township, PA 15108-4212
13676143    +E-mail/Text: kburkley@bernsteinlaw.com Aug 30 2018 02:54:11     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13657595     E-mail/Text: bankruptcy.bnc@ditech.com Aug 30 2018 02:52:07     Green Tree Servicing, LLC.,
              PO Box 94710,   Palatine, IL 60055-0049
13657593    +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:48:06     Gecrb/Lowes,
              Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
13657594    +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:47:18     Gecrb/Lowes Pc,   Attn:Bankruptcy,
              Po Box 103104,   Roswell, GA 30076-9104
13657596     E-mail/Text: cio.bncmail@irs.gov Aug 30 2018 02:52:01     Internal Revenue Service,
              PO Box 16336,   Philadelphia, PA 19114-0436
13885824     E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 30 2018 02:53:37     JEFFERSON CAPITAL SYSTEMS LLC,
              PO BOX 7999,   ST CLOUD MN 56302
13657598    +E-mail/Text: egssupportservices@alorica.com Aug 30 2018 02:53:30     NCO Financial Systems,
              Re: Cognitive Dynamic Therapy Services,   5 Penn Center West Ste 100,
              Pittsburgh, PA 15276-0126
13657599    +E-mail/Text: bnc@nordstrom.com Aug 30 2018 02:51:57     Nordstrom FSB,
              Attention: Account Services,   Po Box 6566,   Englewood, CO 80155-6566
13664912    +E-mail/Text: bnc@nordstrom.com Aug 30 2018 02:51:57     Nordstrom fsb,   P.O. Box 6566,
              Englewood, CO 80155-6566
13729987    +E-mail/Text: bncmail@w-legal.com Aug 30 2018 02:53:49     OAK HARBOR CAPITAL VII, LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13715637     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 03:01:39
              Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
14035389     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 02:48:21
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
13670837    +E-mail/Text: BKRMailOps@weltman.com Aug 30 2018 02:53:24
              Sterling Jewelers Inc dba JARED GALLERIA OF JEWELR,   c/o Weltman, Weinberg & Reis,
              323 W. Lakeside Avenue,   Cleveland, OH 44113-1085
13679020    +E-mail/Text: bncmail@w-legal.com Aug 30 2018 02:53:28     TD BANK USA, N.A.,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 18

```
District/off: 0315-2               User: skoz                  Page 2 of 2                  Date Rcvd: Aug 29, 2018
                                   Form ID: 408                Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER F
cr              Green Tree Servicing, LLC
cr              Montour School District
cr              Sterling Jewelers Inc. dba Jared Galleria of Jewel
cr              Township of Kennedy
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court:  Jefferson Capital Systems LLC,   PO BOX 7999,
                  ST CLOUD, MN  56302-9617)
cr*            +Karen A. Osheka,   24 Scenic Drive,   Coraopolis, PA 15108-3606
13730912*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
                                                                                             TOTALS: 6, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
          Bryan P. Keenan    on behalf of Debtor Jeffrey  Osheka keenan662@gmail.com,  melindap662@gmail.com
          Francis E. Corbett    on behalf of Creditor Karen A. Osheka fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
           FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
           pawb@fedphe.com,  james.prostko@phelanhallinan.com
          James P. Valecko    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
           jvalecko@weltman.com,  PitEcf@weltman.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
           FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
           jschalk@barley.com,  sromig@barley.com
          Lois M. Vitti    on behalf of Spec. Counsel Lois M. Vitti nicole@vittilaw.com,
           loismvitti@vittilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Peter J. Ashcroft    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
           FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
           pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert P. Wendt    on behalf of Creditor    Green Tree Servicing, LLC pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 15
```