**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY OSHEKA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:13-22551 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 28, 2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/15/2013 and confirmed on 8/8/13 . The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 216,470.11 |
| Less Refunds to Debtor | 1,348.89 | |
| TOTAL AMOUNT OF PLAN FUND | | 215,121.22 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 9,975.37 | |
|    Trustee Fee | 7,174.59 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,149.96 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 33,426.64 | 33,426.64 | 0.00 | 33,426.64 |
|     Acct: 5170 | | | | |
|   GREEN TREE SERVICING LLC | 60,268.52 | 60,268.52 | 0.00 | 60,268.52 |
|     Acct: 8622 | | | | |
|   GREEN TREE SERVICING LLC | 165.17 | 165.17 | 0.00 | 165.17 |
|     Acct: 8622 | | | | |
|   STERLING DBA JARED GALLERIA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7937 | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4061 | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4061 | | | | |
|   KENNEDY TWP -SEWAGE FEES | 87.50 | 87.50 | 6.21 | 93.71 |
|     Acct: 6A58 | | | | |
|   KENNEDY TWP -SEWAGE FEES | 5.30 | 5.30 | 0.00 | 5.30 |
|     Acct: 6A58 | | | | |
|   MONTOUR SD (KENNEDY) (RE) | 3,997.42 | 3,997.42 | 795.90 | 4,793.32 |
|     Acct: XXXXA-58 | | | | |
| | | | | 98,752.66 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY OSHEKA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY OSHEKA | 1,348.89 | 1,348.89 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 3,051.00 | 3,051.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 6,924.37 | 6,924.37 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX6-17 | | | | |
| INTERNAL REVENUE SERVICE* | 29,856.30 | 29,856.30 | 0.00 | 29,856.30 |
| Acct: 6838 | | | | |
| MONTOUR SD & KENNEDY TWP (EIT) | 4,684.95 | 4,684.95 | 0.00 | 4,684.95 |
| Acct: 1557 | | | | |
| LOIS M VITTI ESQ | 16,542.76 | 16,542.76 | 0.00 | 16,542.76 |
| Acct: NA | | | | |
| RONDA J WINNECOUR PA ID #30399** | 829.30 | 829.30 | 0.00 | 829.30 |
| Acct: XXXS/OE | | | | |
| | | | | 51,913.31 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 273.09 | 73.19 | 0.00 | 73.19 |
| Acct: 7001 | | | | |
| CLEARVIEW FCU** | 2,914.72 | 781.12 | 0.00 | 781.12 |
| Acct: 4061 | | | | |
| CLEARVIEW FCU** | 4,789.85 | 1,283.62 | 0.00 | 1,283.62 |
| Acct: 4061 | | | | |
| BRIGHTON RADIOLOGY ASSOC PC | 12.60 | 3.38 | 0.00 | 3.38 |
| Acct: 8152 | | | | |
| OAK HARBOR CAPITAL VII LLC | 3,550.79 | 951.57 | 0.00 | 951.57 |
| Acct: 9196 | | | | |
| OAK HARBOR CAPITAL VII LLC | 1,211.91 | 324.78 | 0.00 | 324.78 |
| Acct: 9297 | | | | |
| OAK HARBOR CAPITAL VII LLC | 993.43 | 266.23 | 0.00 | 266.23 |
| Acct: 7186 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,648.29 | 1,781.67 | 0.00 | 1,781.67 |
| Acct: 3656 | | | | |
| CROSSROADS COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2020 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 486.32 | 130.33 | 0.00 | 130.33 |
| Acct: 7455 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,132.85 | 1,375.54 | 0.00 | 1,375.54 |
| Acct: 7511 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,640.91 | 975.72 | 0.00 | 975.72 |
| Acct: 8861 | | | | |
| JUNE V ISALY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 30 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6838 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,066.28 | 553.74 | 0.00 | 553.74 |
| Acct: 0230 | | | | |
| TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3604 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6838 | | | | |
| INTERNAL REVENUE SERVICE* | 165.75 | 44.42 | 0.00 | 44.42 |
| Acct: 6838 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 782.10 | 209.59 | 0.00 | 209.59 |
| Acct: 3604 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,147.07 | 575.39 | 0.00 | 575.39 |
| Acct: 0314 | | | | |
| EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRANCIS E CORBETT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 9,330.29 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 159,996.26 |

| TOTAL | |
|---|---:|
| CLAIMED | 51,913.31 |
| PRIORITY | 97,950.55 |
| SECURED | 34,815.96 |

Date: 08/28/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JEFFREY OSHEKA<br>　　　　Debtor(s)<br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:13-22551 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 13-22551-JAD
Jeffrey Osheka  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: skoz        Page 1 of 2        Date Rcvd: Aug 29, 2018
                      Form ID: pdf900   Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.

```
db           +Jeffrey Osheka,    1855 Montour Street,    Apartment 7,    Coraopolis, PA 15108-3063
aty          +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
               Pittsburgh, PA 15219-2719
r            +Deanna Marra,    Howard Hannah Real Estate Service,    100 Highpointe Drive,
               Seven Fields, PA 16046-7918
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
sp          #+Lois M. Vitti,    Vitti & Vitti Associates,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
13657585     +Brighton Radiology Assoc., P.C.,    c/o Allied Adjustors Inc.,    Po Box 1006,
               Aliquippa, PA 15001-0806
13657587     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13657590      Crossroads Counseling,    615 E. McMurray Road,    Canonsburg, PA 15317-3497
13657591     +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
13657592     +First Natl Bk Of Pa,    3320 East State Street,    Hermitage, PA 16148-3399
13657597     +June V Isaly and Associates,    4721 McKnight Road,    Suite 218 South Pittsburgh,
               Pittsburgh, PA 15237-3415
14293012    #+Karen A. Osheka,    24 Scenic Drive,    Coraopolis, PA 15108-3606
13783473     +Montour School District,    c/o Goehring,Rutter & Boehm,    437 Grant Street,
               Pittsburgh, PA 15219-6002
13783474     +Montour School District,    c/o Jordan Tax Service,    102 Rahway Road,
               Canonsburg, PA 15317-3349
13657600     +Sherrad, German & Kelly, P.C.,    Samuel J. Pasquarelli, Esq.,    28th Floor Two PNC Plaza,
               Plaza 620 Liberty Avenue,    Pittsburgh, PA 15222-2722
13657601     +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
               Minneapolis, MN 55440-9475
13689742     +Township of Kennedy,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13689741     +Township of Kennedy/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13657602     +UPMC Western,    3811 O'Hara Street,    Pittsburgh, PA 15213-2561
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 02:48:22
               PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13657586     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 02:47:28      Capital 1 Bank,
               Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13657588     +E-mail/Text: bankruptcy@clearviewfcu.org Aug 30 2018 02:53:11      Clearview Cu,
               Attn:Bankruptcy,    8805 University Blvd,    Moon Township, PA 15108-4212
13657589     +E-mail/Text: bankruptcy@clearviewfcu.org Aug 30 2018 02:53:11      Clearview Federal Cu,
               Attn:Bankruptcy,    8805 University Blvd,    Moon Township, PA 15108-4212
13676143     +E-mail/Text: kburkley@bernsteinlaw.com Aug 30 2018 02:54:18      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13657595      E-mail/Text: bankruptcy.bnc@ditech.com Aug 30 2018 02:52:07      Green Tree Servicing, LLC.,
               PO Box 94710,    Palatine, IL 60055-0049
13657593     +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:48:09      Gecrb/Lowes,
               Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13657594     +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:47:20      Gecrb/Lowes Pc,    Attn:Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
13657596      E-mail/Text: cio.bncmail@irs.gov Aug 30 2018 02:52:03      Internal Revenue Service,
               PO Box 16336,    Philadelphia, PA 19114-0436
13885824      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 30 2018 02:53:38      JEFFERSON CAPITAL SYSTEMS LLC,
               PO BOX 7999,    ST CLOUD MN 56302
13657598     +E-mail/Text: egssupportservices@alorica.com Aug 30 2018 02:53:30      NCO Financial Systems,
               Re: Cognitive Dynamic Therapy Services,    5 Penn Center West Ste 100,
               Pittsburgh, PA 15276-0126
13657599     +E-mail/Text: bnc@nordstrom.com Aug 30 2018 02:51:57      Nordstrom FSB,
               Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
13664912     +E-mail/Text: bnc@nordstrom.com Aug 30 2018 02:51:58      Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
13729987     +E-mail/Text: bncmail@w-legal.com Aug 30 2018 02:53:49      OAK HARBOR CAPITAL VII, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13715637      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 02:49:16
               Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
14035389      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 03:01:40
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13670837     +E-mail/Text: BKRMailOps@weltman.com Aug 30 2018 02:53:24
               Sterling Jewelers Inc dba JARED GALLERIA OF JEWELR,    c/o Weltman, Weinberg & Reis,
               323 W. Lakeside Avenue,    Cleveland, OH 44113-1085
13679020     +E-mail/Text: bncmail@w-legal.com Aug 30 2018 02:53:28      TD BANK USA, N.A.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 18
```

```
District/off: 0315-2              User: skoz                    Page 2 of 2                   Date Rcvd: Aug 29, 2018
                                  Form ID: pdf900               Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial LLC
cr               GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER F
cr               Green Tree Servicing, LLC
cr               Montour School District
cr               Sterling Jewelers Inc. dba Jared Galleria of Jewel
cr               Township of Kennedy
cr*             ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                   ST CLOUD, MN  56302-9617)
cr*             +Karen A. Osheka,    24 Scenic Drive,    Coraopolis, PA 15108-3606
13730912*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
                                                                                               TOTALS: 6, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Jeffrey  Osheka keenan662@gmail.com,   melindap662@gmail.com
              Francis E. Corbett    on behalf of Creditor Karen A. Osheka fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James  Warmbrodt    on behalf of Creditor     Ditech Financial LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor     GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              James P. Valecko    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               jvalecko@weltman.com,  PitEcf@weltman.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
               jschalk@barley.com,   sromig@barley.com
              Lois M. Vitti    on behalf of Spec. Counsel Lois M. Vitti nicole@vittilaw.com,
               loismvitti@vittilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert P. Wendt    on behalf of Creditor     Green Tree Servicing, LLC pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor     Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 15
```