**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jeffrey Osheka** | Social Security number or ITIN  **xxx–xx–6838** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **13−22551−JAD** | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey Osheka

10/23/18         **By the court:**    Jeffery A. Deller
                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 13-22551-JAD
Jeffrey Osheka                                                      Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: lfin                  Page 1 of 2                  Date Rcvd: Oct 23, 2018
                               Form ID: 3180W              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db             +Jeffrey Osheka,    1855 Montour Street,    Apartment 7,   Coraopolis, PA 15108-3063
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
r              +Deanna Marra,    Howard Hannah Real Estate Service,    100 Highpointe Drive,
                 Seven Fields, PA 16046-7918
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13657585       +Brighton Radiology Assoc., P.C.,    c/o Allied Adjustors Inc.,    Po Box 1006,
                 Aliquippa, PA 15001-0806
13657590        Crossroads Counseling,    615 E. McMurray Road,    Canonsburg, PA 15317-3497
13657591       +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
13657592       +First Natl Bk Of Pa,    3320 East State Street,    Hermitage, PA 16148-3399
13657597       +June V Isaly and Associates,    4721 McKnight Road,    Suite 218 South Pittsburgh,
                 Pittsburgh, PA 15237-3415
13783473       +Montour School District,    c/o Goehring,Rutter & Boehm,    437 Grant Street,
                 Pittsburgh, PA 15219-6002
13783474       +Montour School District,    c/o Jordan Tax Service,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
13657600       +Sherrad, German & Kelly, P.C.,    Samuel J. Pasquarelli, Esq.,    28th Floor Two PNC Plaza,
                 Plaza 620 Liberty Avenue,    Pittsburgh, PA 15222-2722
13689742       +Township of Kennedy,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13689741       +Township of Kennedy/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13657602       +UPMC Western,    3811 O'Hara Street,   Pittsburgh, PA 15213-2561

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2018 02:37:23      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +EDI: PRA.COM Oct 24 2018 06:23:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
13657586       +EDI: CAPITALONE.COM Oct 24 2018 06:23:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13657587       +EDI: CHASE.COM Oct 24 2018 06:23:00      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13657588       +E-mail/Text: bankruptcy@clearviewfcu.org Oct 24 2018 02:37:30      Clearview Cu,
                 Attn:Bankruptcy,    8805 University Blvd,    Moon Township, PA 15108-4212
13657589       +E-mail/Text: bankruptcy@clearviewfcu.org Oct 24 2018 02:37:30      Clearview Federal Cu,
                 Attn:Bankruptcy,    8805 University Blvd,    Moon Township, PA 15108-4212
13676143       +E-mail/Text: kburkley@bernsteinlaw.com Oct 24 2018 02:37:59      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13657595        E-mail/Text: bankruptcy.bnc@ditech.com Oct 24 2018 02:37:03      Green Tree Servicing, LLC.,
                 PO Box 94710,    Palatine, IL 60055-0049
13657593       +EDI: RMSC.COM Oct 24 2018 06:23:00      Gecrb/Lowes,   Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
13657594       +EDI: RMSC.COM Oct 24 2018 06:23:00      Gecrb/Lowes Pc,   Attn:Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
13657596        EDI: IRS.COM Oct 24 2018 06:23:00      Internal Revenue Service,    PO Box 16336,
                 Philadelphia, PA 19114-0436
13885824        EDI: JEFFERSONCAP.COM Oct 24 2018 06:23:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
13657598       +E-mail/Text: egssupportservices@alorica.com Oct 24 2018 02:37:40      NCO Financial Systems,
                 Re: Cognitive Dynamic Therapy Services,    5 Penn Center West Ste 100,
                 Pittsburgh, PA 15276-0126
13657599       +E-mail/Text: bnc@nordstrom.com Oct 24 2018 02:37:01      Nordstrom FSB,
                 Attention: Account Services,    Po Box 6566,   Englewood, CO 80155-6566
13664912       +E-mail/Text: bnc@nordstrom.com Oct 24 2018 02:37:01      Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
13729987       +EDI: OPHSUBSID.COM Oct 24 2018 06:23:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13715637        EDI: PRA.COM Oct 24 2018 06:23:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
14035389        EDI: PRA.COM Oct 24 2018 06:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
13670837       +E-mail/Text: BKRMailOps@weltman.com Oct 24 2018 02:37:37
                 Sterling Jewelers Inc dba JARED GALLERIA OF JEWELR,    c/o Weltman, Weinberg & Reis,
                 323 W. Lakeside Avenue,    Cleveland, OH 44113-1085
13679020       +E-mail/Text: bncmail@w-legal.com Oct 24 2018 02:37:39      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13657601       +EDI: WTRRNBANK.COM Oct 24 2018 06:23:00      Target Credit Card (TC),
                 C/O Financial & Retail Services,    Mailstop BT P.O. Box 9475,    Minneapolis, MN 55440-9475
                                                                                               TOTAL: 21
```

```
District/off: 0315-2          User: lfin              Page 2 of 2             Date Rcvd: Oct 23, 2018
                              Form ID: 3180W         Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC
cr             GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER F
cr             Green Tree Servicing, LLC
cr             Montour School District
cr             Sterling Jewelers Inc. dba Jared Galleria of Jewel
cr             Township of Kennedy
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                ST CLOUD, MN  56302-9617)
cr*            +Karen A. Osheka,    24 Scenic Drive,    Coraopolis, PA 15108-3606
13730912*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
sp            ##+Lois M. Vitti,    Vitti & Vitti Associates,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
14293012      ##+Karen A. Osheka,    24 Scenic Drive,    Coraopolis, PA 15108-3606
                                                                                             TOTALS: 6, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              Bryan C. Keenan    on behalf of Debtor Jeffrey  Osheka keenan662@gmail.com,
               melindap662@gmail.com
              Francis E. Corbett    on behalf of Creditor Karen A. Osheka fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
               pawb@fedphe.com,  james.prostko@phelanhallinan.com
              James P. Valecko    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               jvalecko@weltman.com,  PitEcf@weltman.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
               jschalk@barley.com,  sromig@barley.com
              Lois M. Vitti    on behalf of Spec. Counsel Lois M. Vitti nicole@vittilaw.com,
               loismvitti@vittilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
               pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert P. Wendt    on behalf of Creditor    Green Tree Servicing, LLC pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 15
```