**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JEFFREY OSHEKA

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:13-22551 JAD

Chapter 13

Document No.: 168

## ORDER OF COURT

AND NOW, this \_\_\_23rd\_\_\_ day of \_\_\_October\_\_\_, 20\_18\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE sjk
Jeffery A. Deller

FILED
10/23/18 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-22551-JAD
Jeffrey Osheka                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin            Page 1 of 2             Date Rcvd: Oct 23, 2018
                              Form ID: pdf900       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db         +Jeffrey Osheka,    1855 Montour Street,    Apartment 7,    Coraopolis, PA 15108-3063
aty        +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
             Pittsburgh, PA 15219-2719
r          +Deanna Marra,    Howard Hannah Real Estate Service,    100 Highpointe Drive,
             Seven Fields, PA 16046-7918
cr          Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr         +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
13657585   +Brighton Radiology Assoc., P.C.,    c/o Allied Adjustors Inc.,    Po Box 1006,
             Aliquippa, PA 15001-0806
13657587   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13657590    Crossroads Counseling,    615 E. McMurray Road,    Canonsburg, PA 15317-3497
13657591   +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
13657592   +First Natl Bk Of Pa,    3320 East State Street,    Hermitage, PA 16148-3399
13657597   +June V Isaly and Associates,    4721 McKnight Road,    Suite 218 South Pittsburgh,
             Pittsburgh, PA 15237-3415
13783473   +Montour School District,    c/o Goehring,Rutter & Boehm,    437 Grant Street,
             Pittsburgh, PA 15219-6002
13783474   +Montour School District,    c/o Jordan Tax Service,    102 Rahway Road,
             Canonsburg, PA 15317-3349
13657600   +Sherrad, German & Kelly, P.C.,    Samuel J. Pasquarelli, Esq.,    28th Floor Two PNC Plaza,
             Plaza 620 Liberty Avenue,    Pittsburgh, PA 15222-2722
13657601   +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
             Minneapolis, MN 55440-9475
13689742   +Township of Kennedy,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13689741   +Township of Kennedy/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13657602   +UPMC Western,    3811 O'Hara Street,    Pittsburgh, PA 15213-2561

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2018 02:55:22
             PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13657586   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2018 02:43:29      Capital 1 Bank,
             Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13657588   +E-mail/Text: bankruptcy@clearviewfcu.org Oct 24 2018 02:37:30      Clearview Cu,
             Attn:Bankruptcy,    8805 University Blvd,    Moon Township, PA 15108-4212
13657589   +E-mail/Text: bankruptcy@clearviewfcu.org Oct 24 2018 02:37:30      Clearview Federal Cu,
             Attn:Bankruptcy,    8805 University Blvd,    Moon Township, PA 15108-4212
13676143   +E-mail/Text: kburkley@bernsteinlaw.com Oct 24 2018 02:37:57      Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13657595    E-mail/Text: bankruptcy.bnc@ditech.com Oct 24 2018 02:37:03      Green Tree Servicing, LLC.,
             PO Box 94710,    Palatine, IL 60055-0049
13657593   +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2018 02:43:44      Gecrb/Lowes,
             Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13657594   +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2018 02:43:44      Gecrb/Lowes Pc,   Attn:Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
13657596    E-mail/Text: cio.bncmail@irs.gov Oct 24 2018 02:37:02      Internal Revenue Service,
             PO Box 16336,    Philadelphia, PA 19114-0436
13885824    E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 24 2018 02:37:43       JEFFERSON CAPITAL SYSTEMS LLC,
             PO BOX 7999,    ST CLOUD MN 56302
13657598   +E-mail/Text: egssupportservices@alorica.com Oct 24 2018 02:37:40      NCO Financial Systems,
             Re: Cognitive Dynamic Therapy Services,    5 Penn Center West Ste 100,
             Pittsburgh, PA 15276-0126
13657599   +E-mail/Text: bnc@nordstrom.com Oct 24 2018 02:37:01      Nordstrom FSB,
             Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
13664912   +E-mail/Text: bnc@nordstrom.com Oct 24 2018 02:37:01      Nordstrom fsb,   P.O. Box 6566,
             Englewood, CO 80155-6566
13729987   +E-mail/Text: bncmail@w-legal.com Oct 24 2018 02:37:50      OAK HARBOR CAPITAL VII, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13715637    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2018 02:43:33
             Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
14035389    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2018 02:54:27
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13670837   +E-mail/Text: BKRMailOps@weltman.com Oct 24 2018 02:37:37
             Sterling Jewelers Inc dba JARED GALLERIA OF JEWELR,    c/o Weltman, Weinberg & Reis,
             323 W. Lakeside Avenue,    Cleveland, OH 44113-1085
13679020   +E-mail/Text: bncmail@w-legal.com Oct 24 2018 02:37:39      TD BANK USA, N.A.,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 18

```
District/off: 0315-2          User: lfin              Page 2 of 2                   Date Rcvd: Oct 23, 2018
                              Form ID: pdf900         Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER F
cr              Green Tree Servicing, LLC
cr              Montour School District
cr              Sterling Jewelers Inc. dba Jared Galleria of Jewel
cr              Township of Kennedy
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                  ST CLOUD, MN  56302-9617)
cr*             +Karen A. Osheka,    24 Scenic Drive,    Coraopolis, PA 15108-3606
13730912*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
sp             ##+Lois M. Vitti,    Vitti & Vitti Associates,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
14293012       ##+Karen A. Osheka,    24 Scenic Drive,    Coraopolis, PA 15108-3606
                                                                                             TOTALS: 6, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              Bryan P. Keenan     on behalf of Debtor Jeffrey   Osheka keenan662@gmail.com,
               melindap662@gmail.com
              Francis E. Corbett     on behalf of Creditor Karen A. Osheka fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James P. Valecko     on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               jvalecko@weltman.com,    PitEcf@weltman.com
              Jeffrey R. Hunt     on behalf of Creditor    Township of Kennedy jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph P. Schalk     on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
               jschalk@barley.com,    sromig@barley.com
              Lois M. Vitti     on behalf of Spec. Counsel Lois M. Vitti nicole@vittilaw.com,
               loismvitti@vittilaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft     on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGANISED BY AMERICA S WHOLESALE LENDER
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert P. Wendt     on behalf of Creditor    Green Tree Servicing, LLC pawb@fedphe.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 15
```